# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOLLIVER CUNNINGHAM,<br><br>　　　　Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1.　On or about September 25, 2025, in the Southern District of Ohio, the defendant, **TOLLIVER CUNNINGHAM**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Smith and Wesson, Model MP9, 9mm pistol, bearing serial number NLY1937, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

2.　The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.　Upon conviction of any offense alleged in the Indictment, the defendant, **TOLLIVER CUNNINGHAM**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28



U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Smith and Wesson, Model MP9, 9mm pistol, bearing serial number NLY1937; and
- Any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
Assistant United States Attorney

2